opinion. Judgment of the Municipal Court reversed as to the defendant the New York Central & Hudson River Railroad Company, and new trial ordered; costs to abide the event.

B. F. BOYER CO., Respondent, v. SHAFFER, Appellant. (Supreme Court, Appellate Division, Second Department. April 27 1906.) Action by the B. F. Boyer Company against Isaac Shaffer. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BISHOP et al., Respondents, v. AMERICAN BRIDGE CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by Nellie Bishop and another, as administrators, etc., against American Bridge Company of New York.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

KELLOGG, J., not sitting.

BJERRUM, Respondent, v. SPRINGFIELD BREWERIES CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ernest A. T. Bjerrum against the Springfield Breweries Company. No opinion. Judgment and order affirmed, with costs.

BLANCK, Respondent, v. PRESTON, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary Ann Blanck against Charles M. Preston, as receiver of the New York Building Loan Banking Company. No opinion. Motion for reargument granted, and case set down for Monday, May 7, 1906.)

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court Appellate Division, Second Department. April 20 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners, etc.; Fourth Avenue route. Abraham Abraham, George B. Abbott, and Norman S. Dike appointed commissioners.

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners, etc.; Brooklyn and Manhattan loop lines, Brooklyn route. Henry B. Ketcham, Edward S. Fowler, and Rudolph Block appointed commissioners.

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners to determine and report, etc.; Thirty-Fourth Street route, in the borough of Queens. George B. Young, David F. Manning, and William M. Griffith appointed commissioners.

In re BRADY'S ESTATE. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the estate of Rosetta Brady, deceased. No opinion. Motion granted, unless appellant serve his proposed case within 10 days and pay $10 costs, in which event the motion is denied.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the Brooklyn Bar Association to punish Benjamin E. Valentine, an attorney. No opinion. Petition granted, and, pursuant to section 67 of the Code of Civil Procedure, Benjamin E. Valentine is hereby disbarred, and his name is stricken from the roll of attorneys and counselors of the Supreme Court of the state of New York.

BROOKLYN UNION ELEVATED R. CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by the Brooklyn Union Elevated Railroad Company against the city of New York. No opinion. Judgment and orders affirmed, with costs.

BROWN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by Joseph Brown against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent.

BUEL, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Ida Buel against the Brooklyn Heights Railroad Company. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

BUSKIST, Respondent, v. WAIT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Charles J. Buskist against Orrin Wait. No opinion. Judgment and order affirmed, with costs.

CANONICO v. CUNARD S. S. CO. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Errico Canonico against the Cunard Steamship Company. No opinion. Application denied, with $10 costs. Order signed.

CARROLL v. LONG ISLAND R. CO. et al. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Margaret Carroll against the Long Island Railroad Company and another. No opinion. Judgment modified, by striking out the provision for an